# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. THE CALIFORNIA AIR RESOURCES BOARD AND XAVIER BECERRA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER AG, AND MERCEDES-BENZ USA, LLC,<br><br>Defendants. | Civ No. 1:20-cv-02565<br><br>NOTICE OF ERRATA REGARDING ATTACHMENT TO PLAINTIFFS' NOTICE OF LODGING OF CALIFORNIA PARTIAL CONSENT DECREE |

## NOTICE OF ERRATA REGARDING ATTACHMENT TO PLAINTIFFS' NOTICE OF LODGING OF CALIFORNIA PARTIAL CONSENT DECREE

The People of the State of California, by and through the California Air Resources Board ("CARB") and Xavier Becerra, Attorney General of the State of California, represented by the Office of the California Attorney General ("California Attorney General") hereby submits this Notice of Errata Regarding Attachment to Plaintiffs' Notice of Lodging of California Partial Consent Decree. As a result of a computer error, the unsigned California Partial Consent Decree (ECF No. 3-1) was filed as the attachment to the Notice of Lodging (ECF No. 3.)

Plaintiffs submit the *signed* version of the California Partial Consent Decree along with this Notice of Errata.

Dated: September 14, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ROBERT BYRNE
ED OCHOA
Senior Assistant Attorneys General
GARY E. TAVETIAN
Supervising Deputy Attorney General

/s/ Joshua M. Caplan

JOSHUA M. CAPLAN (CAL. BAR NO. 246469)
JOHN SASAKI (CAL. BAR. NO. 202161)
Deputy Attorneys General
600 West Broadway, Suite 1900
San Diego, CA 92101
josh.caplan@doj.ca.gov
Tel: 619-738-9303
Fax: 619-645-2271
*Attorneys for the People of the State of California ex rel. the California Air Resources Board*

/s/ David Zonana

DAVID A. ZONANA (CAL. BAR NO. 196029)
Supervising Deputy Attorney General
JOSHUA R. PURTLE (CAL. BAR NO. 298215)
Deputy Attorney General
1515 Clay Street
Oakland, CA 94612
david.zonana@doj.ca.gov
Tel: 510-879-1248
Fax: 619-645-2271
*Attorneys for the People of the State of California ex rel. Xavier Becerra, Attorney General of the State of California*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document has been served today by e-mail, with consent, to Defendants' counsel as follows:

Stacie B. Fletcher
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
sfletcher@gibsondunn.com

/s/ Joshua M. Caplan

JOSHUA M. CAPLAN